**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEBRA AVINGER, Individually

        Plaintiff,

                                                CASE NO.:  3:19-cv-1364-J-20JRK

v.

LPM ENTERPRISES OF JACKSONVILLE, INC., a Florida Profit Corporation; and SCOTT W. LANCASTER, Individually,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DEBRA AVINGER, by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this case with prejudice, with all parties to bear their own fees and costs.

Respectfully submitted this 28th day of April, 2020.

                              By: */s/ Paul M. Botros*
                                  Paul M. Botros, Esq.
                                  Florida Bar No. 063365
                                  pbotros@forthepeople.com
                                  MORGAN & MORGAN, P.A.
                                  8151 Peters Road
                                  Suite 4000
                                  Plantation, Florida 33324
                                  Tel:    954-318-0268
                                  Fax:   954-327-3017

                                  *Trial Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a copy was mailed to:

Gregg Gerlach, Esq.
6320 St. Augustine Road
Suite 7B
Jacksonville, FL  32217
Tel:    904-296-7000
Fax:    904-250-5654
2g@gerlachemploymentlaw.com

/s/ *Paul M. Botros*
PAUL M. BOTROS, ESQ.