UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBRA AVINGER, Individually,

    Plaintiff,

v.                                                                                    Case No. 3:19-cv-1364-J-20JRK

LPM ENTERPRISES OF
JACKSONVILLE, INC., a Florida
Profit Corporation; and SCOTT W.
LANCASTER, Individually,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** is before the Court on Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 8). The Defendants have not yet filed an answer or motion for summary judgment.

    Accordingly, it is **ORDERED**:

    1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed with prejudice, with each party to bear its own fees and costs; and

    2. The Clerk is directed to close this case.

    **DONE and ORDERED** at Jacksonville, Florida, this _1st_ day of May, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Paul M. Botros, Esq.